Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22122−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas C. Heinz Jr.
   52 Roll Ave
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−8413

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 13, 2017
JAN: wir

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-22122-MBK
Thomas C. Heinz, Jr.                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2017
                              Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db              +Thomas C. Heinz, Jr.,    52 Roll Ave,    South Amboy, NJ 08879-1053
516879986        DiTech Financial,    PO Box 9470,    Palatine, IL 60094
516879987        DiTech Financial,    100 Virginia Drive #100a,    Fort Washington, PA 19034
516879990       +Midland Funding,    PO Box 248897,    Oklahoma City, OK 73124-8897
516879992       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516879994       +Stern, Lavinthal & Frankenberg, LLC,     105 Eisenhower Parkway, Suite 302,
                  Roseland, NJ 07068-1640
516879995       +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:25     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516879985       +EDI: CCS.COM Sep 13 2017 22:33:00      Credit Collections Svc,    Po Box 773,
                  Needham, MA 02494-0918
517055137        E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2017 22:57:04
                  Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516879988        EDI: BANKAMER.COM Sep 13 2017 22:33:00      FIA Card Serices,    PO Box 15019,
                  Wilmington, DE 19886-5019
516879989        EDI: JEFFERSONCAP.COM Sep 13 2017 22:33:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
516879991        EDI: PRA.COM Sep 13 2017 22:33:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516881346       +EDI: RMSC.COM Sep 13 2017 22:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516999209        EDI: AIS.COM Sep 13 2017 22:33:00      Verizon,   by American InfoSource LP as agent,
                  PO Box 248838,    Oklahoma City, OK 73124-8838
517038021       +EDI: AIS.COM Sep 13 2017 22:33:00      Verizon by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517063427*       Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516879993*      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516879996*      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516879997*      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis P. Cullari    on behalf of Debtor Thomas C. Heinz, Jr. cullari@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```